IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BERT E. THOMAS,<br><br>            Plaintiff,<br><br>   v.<br><br>CENTERPOINT ENERGY, INC.,<br><br>            Defendant. | Case No.: 3:22-cv-00074-RLY-MPB |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Bert E. Thomas and Defendant CenterPoint Energy Houston Electric, LLC, misidentified as CenterPoint Energy, Inc., have filed their Joint Stipulation of Dismissal seeking dismissal of this matter with prejudice. The Court has examined the Stipulation and now finds that the matter should be dismissed.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

SO ORDERED this 6th day of October 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to ECF counsel of record.